```
                 IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF ARIZONA


Sandra Todd,                          )   No. CV 12-129-PHX-FJM
                                      )
          Plaintiff,                  )   ORDER
                                      )
vs.                                   )
                                      )
                                      )
Chase Manhattan Mortgage Corp, et al, )
                                      )
          Defendant.                  )
                                      )
_____)
```

The court has before it plaintiff's Motion to proceed in forma pauperis. The Motion is granted, but plaintiff will be responsible for service.

A review of the complaint shows contradictory allegations. Plaintiff seeks to rescind the contract, but at the same time claims a right to the property which is the subject of the contract. She alleges the property has been sold(¶32) and alleges the property has not been sold (¶ 40). She seeks an order restraining the defendants from foreclosing (¶ 70), but claims Chase foreclosed. (¶45). She seeks an order enjoining defendants from proceeding with a forcible detainer action, but according to the docket in *Chase v. Todd*, CV 11-2382-PHX-GMS, one is already pending in the superior court. This court, of course, does not enjoin ongoing state proceedings. Plaintiff sought to have the state action removed here, but Judge Snow remanded it to the superior court for lack of jurisdiction. Order of Dec. 7, 2011, doc. 5 in CV 11-2382-PHX-GMS.

1   Plaintiff has failed to give defendants notice of a request for a temporary restraining
2 order, and failed to satisfy the conditions imposed by Rule 65(b)(1), Fed. R. Civ. P. for
3 issuing a TRO without notice. Accordingly, it is ORDERED DENYING plaintiff's motion
4 for a temporary restraining order.

5   We urge plaintiff to seek the advice of a lawyer. She may wish to contact the Lawyer
6 Referral Service of the Maricopa County Bar Association at 602-257-4434. Her complaint
7 as presently drawn is subject to dismissal. It would be wise to see a lawyer before wasting
8 resources on serving it.

9   DATED this 20th day of January, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge